UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ZEEWE DAKAR MPALA, :
:
    Plaintiff :
:
v. : CIVIL NO. 3:CV-11-1748
:
FEDERAL BUREAU OF PRISONS, : (Judge Kosik)
et al., :
    Defendants :

## ORDER

**NOW, THIS** 28<sup>of</sup> **DAY OF NOVEMBER, 2012,** in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The applications to proceed in forma pauperis (Docs. 2, 6) are **granted** for the purpose of filing this action.

2. The Clerk of Court is directed to substitute the United States as the sole Defendant in this action. All other Defendants are dismissed in accordance with the attached Memorandum.

3. The Clerk of Court is directed to provide a copy of the complaint to the United States Marshal for service upon the Defendant.

                                                        _____
                                                        EDWIN M. KOSIK
                                                        United States District Judge